IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARSFORSALE.COM, INC.,<br><br>  Plaintiff,<br><br>v.<br><br>USED CARS FOR SALE, LLC, DEALERLEADS, LLC, AND STEVE TACKETT, an individual,<br><br>  Defendants.<br><br>USED CARS FOR SALE, LLC, DEALERLEADS, LLC, AND STEVE TACKETT, an individual,<br><br>  Counterclaimants,<br><br>v.<br><br>CARSFORSALE.COM, INC.,<br><br>  Counterdefendant. | Case No.:2:18-CV-02206-CBM-JPR<br><br>Hon. Judge Consuelo B. Marshall<br><br>**[PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE**<br><br>JS-6 |

1  Pursuant to the parties' "Stipulation for Dismissal With Prejudice," and good
2  cause appearing therefore, the Court hereby ORDERS as follows:
3      1.  Pursuant to the terms of the parties' confidential settlement
4  agreement, plaintiff's entire complaint defendants' counterclaims, as captioned
5  above, including all causes of action therein, are hereby dismissed, in their entirety,
6  with prejudice.
7      2.  This court shall retain jurisdiction to enforce the parties' settlement
8  agreement, including to hear any motion for enforcement of the settlement
9  agreement.
10     3.  All parties shall bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED: MAY 3, 2019    _____
                               Hon. Judge Consuelo B. Marshall
                               JUDGE, UNITED STATES DISTRICT COURT