1
2
3
4
5
6
7

# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARSFORSALE.COM, INC., | Case No.:2:18-CV-02206-CBM-JPR |
| Plaintiff, | Hon. Judge Consuelo B. Marshall |
| v. | **ORDER GRANTING STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE** |
| USED CARS FOR SALE, LLC, DEALERLEADS, LLC, AND STEVE TACKETT, an individual, | [83] |
| Defendants. | |
| USED CARS FOR SALE, LLC, DEALERLEADS, LLC, AND STEVE TACKETT, an individual, | |
| Counterclaimants, | |
| v. | |
| CARSFORSALE.COM, INC., | |
| Counterdefendant. | |

1  Pursuant to the parties' "Stipulation for Dismissal With Prejudice," and good
2  cause appearing therefore, the Court hereby ORDERS as follows:
3      1.  Pursuant to the terms of the parties' confidential settlement
4  agreement, plaintiff's entire complaint, defendants' counterclaims, as captioned
5  above, including all causes of action therein, are hereby dismissed, in their entirety,
6  with prejudice.
7      2.  This court shall retain jurisdiction to enforce the parties' settlement
8  agreement, including to hear any motion for enforcement of the settlement
9  agreement.
10     3.  All parties shall bear their own attorneys' fees and costs.
11  **IT IS SO ORDERED.**

13  DATED: MAY 9, 2019    _____
14                          Hon. Judge Consuelo B. Marshall
                            JUDGE, UNITED STATES DISTRICT COURT